**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: GWOZDZ, MARY F | § Case No. 04-40644 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $35,515.00 *(without deducting any secured claims)* | Assets Exempt: $24,000.00 |
| Total Distribution to Claimants: $216,796.60 | Claims Discharged Without Payment: $28,076.14 |
| Total Expenses of Administration: $22,445.34 | |

3) Total gross receipts of $ 265,189.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 25,947.57 (see **Exhibit 2**), yielded net receipts of $239,241.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $213,297.35 | $213,297.35 | $213,297.35 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 32,282.36 | 22,445.34 | 22,445.34 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 31,575.39 | 31,575.39 | 3,499.25 |
| **TOTAL DISBURSEMENTS** | $0.00 | $277,155.10 | $267,318.08 | $239,241.94 |

4) This case was originally filed under Chapter 7 on November 02, 2004. . The case was pending for 72 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/04/2010          By: /s/JOHN E. GIERUM
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate (s) | 1110-000 | 265,000.00 |
| Interest Income | 1270-000 | 189.51 |
| **TOTAL GROSS RECEIPTS** | | **$265,189.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Premier Title Company | Co-owners proceeds | 8500-002 | 18,447.57 |
| Mary Gwozdz | | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$25,947.57** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Premier Title Company | 4110-000 | N/A | 207,977.95 | 207,977.95 | 207,977.95 |
| | Premier Title Company | 4700-000 | N/A | 5,319.40 | 5,319.40 | 5,319.40 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$213,297.35** | **$213,297.35** | **$213,297.35** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 14,837.02 | 5,000.00 | 5,000.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 38.83 | 38.83 | 38.83 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 817.00 | 817.00 | 817.00 |
| Premier Title Company | 3510-000 | N/A | 13,475.00 | 13,475.00 | 13,475.00 |
| Premier Title Company | 2820-000 | N/A | 991.01 | 991.01 | 991.01 |
| Premier Title Company | 2500-000 | N/A | 2,123.50 | 2,123.50 | 2,123.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 32,282.36 | 22,445.34 | 22,445.34 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank South Dakota NA | 7100-000 | N/A | 1,169.05 | 1,169.05 | 137.04 |
| 2 | Discover Bank | 7100-000 | N/A | 11,842.39 | 11,842.39 | 1,388.23 |
| 3 | THE FAMILY STRESS CLINIC, LTD. | 7100-000 | N/A | 315.00 | 315.00 | 36.93 |
| 4 | Citibank South Dakota NA | 7100-000 | N/A | 14,713.08 | 14,713.08 | 0.00 |
| 5 | Monogram Credit Card Bank of Georgia | 7100-000 | N/A | 1,811.13 | 1,811.13 | 212.31 |
|  | Clerk of the Bankruptcy Court | 7100-000 | N/A | 1,724.74 | 1,724.74 | 1,724.74 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 31,575.39 | 31,575.39 | 3,499.25 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 04-40644
Case Name: GWOZDZ, MARY F

Period Ending: 11/04/10

Trustee:     (520171)    JOHN E. GIERUM
Filed (f) or Converted (c): 11/02/04 (f)
§341(a) Meeting Date: 12/30/04
Claims Bar Date: 04/04/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate (s)<br>Debtor scheduled whole value not 1/2 interest | 275,000.00 | 9,165.57 | | 281,665.57 | FA |
| 2 | Cash on hand (s) | 15.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank accounts (s) | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods (s) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, etc. (s) | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel (s) | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry (s) | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 8 | Life Insurance (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA (s) | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Savings Bonds (s) | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Oldsmobile Intrique (s) | 11,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | '99 Mercury (s) | 7,000.00 | 602.69 | DA | 0.00 | FA |
| 13 | Computers 1/2 interest (s) | 400.00 | 215.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 189.51 | Unknown |
| 14 | Assets    Totals (Excluding unknown values) | $310,515.00 | $11,983.26 | | $281,855.08 | $0.00 |

**Major Activities Affecting Case Closing:**

tax work in preparation of final report being completed

Initial Projected Date Of Final Report (TFR):    December 31, 2007        Current Projected Date Of Final Report (TFR):    December 31, 2010

Printed: 11/04/2010 01:57 PM    V.12.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-40644 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GWOZDZ, MARY F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****75-65 - Money Market Account |
| Taxpayer ID #: | **-***5609 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/14/05 | {1} | Premier Title Company | SALE PROCEEDS | | | 16,665.57 | | 16,665.57 |
| | {1} | | SALE PROCEEDS | 265,000.00 | 1110-000 | | | 16,665.57 |
| | | | Liens | -207,977.95 | 4110-000 | | | 16,665.57 |
| | | | Realtor's fee | -13,475.00 | 3510-000 | | | 16,665.57 |
| | | | Property taxes(pre-petition) | -5,319.40 | 4700-000 | | | 16,665.57 |
| | | | Property taxes(post-petition) | -991.01 | 2820-000 | | | 16,665.57 |
| | | | Costs to sell | -2,123.50 | 2500-000 | | | 16,665.57 |
| | | | Co-owners proceeds | -18,447.57 | 8500-002 | | | 16,665.57 |
| 03/22/05 | | To Account #********7566 | | | 9999-000 | | 7,500.00 | 9,165.57 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | | 1270-000 | 1.68 | | 9,167.25 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | | 1270-000 | 2.64 | | 9,169.89 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | | 1270-000 | 2.73 | | 9,172.62 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | | 1270-000 | 2.93 | | 9,175.55 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | 1270-000 | 3.18 | | 9,178.73 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | | 1270-000 | 3.51 | | 9,182.24 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | | 1270-000 | 3.61 | | 9,185.85 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | 3.99 | | 9,189.84 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | | 1270-000 | 4.16 | | 9,194.00 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 4.60 | | 9,198.60 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 5.18 | | 9,203.78 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 4.94 | | 9,208.72 |
| 03/09/06 | | To Account #********7566 | Bond Reimbursement | | 9999-000 | | 7.03 | 9,201.69 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 5.47 | | 9,207.16 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 5.83 | | 9,212.99 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 6.26 | | 9,219.25 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 6.06 | | 9,225.31 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 6.27 | | 9,231.58 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 6.27 | | 9,237.85 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 5.87 | | 9,243.72 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 6.48 | | 9,250.20 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 6.08 | | 9,256.28 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 5.88 | | 9,262.16 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 6.17 | | 9,268.33 |
| 02/16/07 | | To Account #********7566 | Bond Reimbursement | | 9999-000 | | 8.43 | 9,259.90 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 4.61 | | 9,264.51 |

Subtotals :    $16,779.97    $7,515.46

{} Asset reference(s)    Printed: 11/04/2010 01:57 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-40644 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GWOZDZ, MARY F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****75-65 - Money Market Account |
| Taxpayer ID #: | **-***5609 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.94 | | 9,269.45 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.11 | | 9,274.56 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.11 | | 9,279.67 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.79 | | 9,284.46 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.28 | | 9,289.74 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.12 | | 9,294.86 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.63 | | 9,299.49 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.46 | | 9,304.95 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.84 | | 9,309.79 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.74 | | 9,314.53 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.25 | | 9,318.78 |
| 02/05/08 | | To Account #********7566 | BOND REIMBURSEMENT | 9999-000 | | 8.00 | 9,310.78 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.91 | | 9,312.69 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.72 | | 9,314.41 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.29 | | 9,315.70 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.16 | | 9,316.86 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.18 | | 9,318.04 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.18 | | 9,319.22 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.10 | | 9,320.32 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.22 | | 9,321.54 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.01 | | 9,322.55 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.73 | | 9,323.28 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 9,323.94 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,324.32 |
| 02/19/09 | | To Account #********7566 | BOND REIMBURSEMENT | 9999-000 | | 8.11 | 9,316.21 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,316.56 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,316.96 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,317.34 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,317.70 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 9,318.10 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,318.49 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,318.88 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,319.26 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,319.64 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,320.03 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 9,320.42 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 9,320.78 |

Subtotals :   $72.38   $16.11

{} Asset reference(s)

Printed: 11/04/2010 01:57 PM   V.12.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 04-40644 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | GWOZDZ, MARY F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****75-65 - Money Market Account |
| Taxpayer ID #: | **-***5609 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/10 | | To Account #********7566 | TRANSFER OF FUNDS | 9999-000 | | 7.26 | 9,313.52 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 9,313.87 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 9,314.28 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.24 | | 9,314.52 |
| 04/20/10 | | Wire out to BNYM account 9200******7565 | Wire out to BNYM account 9200******7565 | 9999-000 | -9,314.52 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 7,538.83 | 7,538.83 | $0.00 |
| Less: Bank Transfers | -9,314.52 | 7,538.83 | |
| Subtotal | 16,853.35 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $16,853.35 | $0.00 | |

{} Asset reference(s)

Printed: 11/04/2010 01:57 PM V.12.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 04-40644 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GWOZDZ, MARY F | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****75-66 - Checking Account |
| Taxpayer ID #: | **-***5609 | | Blanket Bond: | $69,308,000.00  (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/05 | | From Account #********7565 | | 9999-000 | 7,500.00 | | 7,500.00 |
| 03/22/05 | 101 | Mary Gwozdz | | 8100-002 | | 7,500.00 | 0.00 |
| 03/09/06 | | From Account #********7565 | Bond Reimbursement | 9999-000 | 7.03 | | 7.03 |
| 03/09/06 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-40644, Bond Reimbursement (Bond #016026455) | 2200-000 | | 7.03 | 0.00 |
| 02/16/07 | | From Account #********7565 | Bond Reimbursement | 9999-000 | 8.43 | | 8.43 |
| 02/16/07 | 103 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/07 for Case #04-40644 | 2200-000 | | 8.43 | 0.00 |
| 02/05/08 | | From Account #********7565 | BOND REIMBURSEMENT | 9999-000 | 8.00 | | 8.00 |
| 02/05/08 | 104 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #04-40644, Bond Reimbursement (Bond #016026455) | 2200-000 | | 8.00 | 0.00 |
| 02/19/09 | | From Account #********7565 | BOND REIMBURSEMENT | 9999-000 | 8.11 | | 8.11 |
| 02/19/09 | 105 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #04-40644, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 8.11 | 0.00 |
| 02/12/10 | | From Account #********7565 | TRANSFER OF FUNDS | 9999-000 | 7.26 | | 7.26 |
| 02/12/10 | 106 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 04-40644 | 2200-000 | | 7.26 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,538.83 | 7,538.83 | $0.00 |
| | | | Less: Bank Transfers | | 7,538.83 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **7,538.83** | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$38.83** | |

{} Asset reference(s)

Printed: 11/04/2010 01:57 PM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 04-40644 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GWOZDZ, MARY F | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******75-65 - Money Market Account |
| Taxpayer ID #: | **-***5609 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7565 | Wire in from JPMorgan Chase Bank, N.A. account ********7565 | 9999-000 | 9,314.52 | | 9,314.52 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 9,314.71 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.56 | | 9,315.27 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 9,315.80 |
| 07/26/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.45 | | 9,316.25 |
| 07/26/10 | | To Account #9200******7566 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 9,316.25 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,316.25 | 9,316.25 | $0.00 |
| | | | Less: Bank Transfers | | 9,314.52 | 9,316.25 | |
| | | | Subtotal | | 1.73 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1.73 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 04-40644 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | GWOZDZ, MARY F | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******75-66 - Checking Account |
| Taxpayer ID #: | **-***5609 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 11/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/10 | | From Account #9200******7565 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 9,316.25 | | 9,316.25 |
| 07/26/10 | 10107 | JOHN E. GIERUM | | 2100-000 | | 5,000.00 | 4,316.25 |
| 07/26/10 | 10108 | Lois West, Popowcer Katten, Ltd. | | 3410-000 | | 817.00 | 3,499.25 |
| 07/26/10 | 10109 | Citibank South Dakota NA | First and final distribution | 7100-000 | | 137.04 | 3,362.21 |
| 07/26/10 | 10110 | Discover Bank | First and final distribution | 7100-000 | | 1,388.23 | 1,973.98 |
| 07/26/10 | 10111 | THE FAMILY STRESS CLINIC, LTD. | First and final distribution | 7100-000 | | 36.93 | 1,937.05 |
| 07/26/10 | 10112 | Citibank South Dakota NA | First and final distribution<br>Stopped on 10/15/10 | 7100-000 | | 1,724.74 | 212.31 |
| 07/26/10 | 10113 | Monogram Credit Card Bank of Georgia | First and final distribution | 7100-000 | | 212.31 | 0.00 |
| 10/15/10 | 10112 | Citibank South Dakota NA | First and final distribution<br>Stopped: check issued on 07/26/10 | 7100-000 | | -1,724.74 | 1,724.74 |
| 10/18/10 | 10114 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds | 7100-000 | | 1,724.74 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 9,316.25 | 9,316.25 | $0.00 |
| Less: Bank Transfers | 9,316.25 | 0.00 | |
| Subtotal | 0.00 | 9,316.25 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $9,316.25 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****75-65 | 16,853.35 | 0.00 | 0.00 |
| Checking # ***-*****75-66 | 0.00 | 38.83 | 0.00 |
| MMA # 9200-******75-65 | 1.73 | 0.00 | 0.00 |
| Checking # 9200-******75-66 | 0.00 | 9,316.25 | 0.00 |
| | $16,855.08 | $9,355.08 | $0.00 |